UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENKA TAJIC, ) | CASE NO. C07-0614-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER DENYING STIPULATION |
| MICHAEL J. ASTRUE, ) | FOR EXTENSION OF TIME OF |
| Commissioner of Social Security, ) | BRIEFING SCHEDULE |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff has filed today a Stipulated Motion to Extend Time to File Plaintiff's Opening Brief, which seeks to continue the deadline for plaintiff's opening brief by 45 days. (Dkt. 11) Plaintiff's brief is currently due on August 28, 2007. The Court has reviewed plaintiff's stipulated motion, and hereby DENIES it.

The Docket Text for the Briefing Scheduling Order (Dkt. 10) advises that a showing of good cause is required with any request for extension. In this instance, the Court does not find that good cause has been established. Merely citing an unusually heavy work load or a lack of time does not provide the specificity to determine whether an extension is appropriate. In addition, plaintiff seeks an unusually large extension of time (45 days), which would extend the

ORDER DENYING STIPULATION FOR
EXTENSION OF TIME OF BRIEFING SCHEDULE
PAGE -1

01 filing date for plaintiff's opening brief to October 12, 2007, over two months into the future. This

02 extension would not allow the undersigned to complete a review of the case in a timely fashion.

03     DATED this 13th day of August, 2007.

        _____
        Mary Alice Theiler
        United States Magistrate Judge

ORDER DENYING STIPULATION FOR
EXTENSION OF TIME OF BRIEFING SCHEDULE
PAGE -2